## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LOUIS MOURATIDIS,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 22-CV-4628** |
| | : | |
| **TOM WOLF,** *et al.*, | : | |
| **Defendants.** | : | |

## <u>ORDER</u>

AND NOW, this 15th day of February, 2023, upon consideration of Plaintiff Louis

Mouratidis's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and *pro se* Complaint (ECF

No. 2) it is **ORDERED** that:

1.      Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2.      The Complaint is **DEEMED** filed.

3.      The Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the

Court's Memorandum.

4.      The Clerk of Court shall **CLOSE** this case.

BY THE COURT:


/s/  **Harvey Bartle III**
**HARVEY BARTLE III, J.**